UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARIN DAVENPORT,

    Plaintiff,

vs.

SAGINAW VALLEY STATE UNIVERSITY and ANN COBURN-COLLINS, in her individual and official capacity,

    Defendants.

Case No. 2:16-cv-11289

Hon. Sean F. Cox

Mag. Judge David R. Grand

---

### DEFENDANTS SAGINAW VALLEY STATE UNIVERSITY AND ANN COBURN-COLLINS' WITNESS LIST

NOW COMES the Defendants, Saginaw Valley State University and Ann Coburn-Collins, by and through their Attorneys, Braun Kendrick Finkbeiner P.L.C., and for their Witness List state as follows:.

1.     Donald J. Bachand, Ph.D.
    President, former Provost and Vice President for Academic Affairs
    Saginaw Valley State University
    c/o Jamie Hecht Nisidis
    Braun Kendrick Finkbeiner P.L.C.
    4301 Fashion Square Blvd.
    Saginaw, Michigan 48603

2. Deborah Rickert
   Office Coordinator of Academic Programs Support
   Saginaw Valley State University
   c/o Jamie Hecht Nisidis
   Braun Kendrick Finkbeiner P.L.C.
   4301 Fashion Square Blvd.
   Saginaw, Michigan 48603

3. Jack VanHoorelbeke, Esq.
   Director of Human Resources
   Saginaw Valley State University
   c/o Jamie Hecht Nisidis
   Braun Kendrick Finkbeiner P.L.C.
   4301 Fashion Square Blvd.
   Saginaw, Michigan 48603

4. Joni Boye-Beaman
   Former Dean of the College of Arts & Behavioral Sciences
   Saginaw Valley State University
   c/o Jamie Hecht Nisidis
   Braun Kendrick Finkbeiner P.L.C.
   4301 Fashion Square Blvd.
   Saginaw, Michigan 48603

5. Gary Thompson
   Former Chair of the English Department
   Saginaw Valley State University
   c/o Jamie Hecht Nisidis
   Braun Kendrick Finkbeiner P.L.C.
   4301 Fashion Square Blvd.
   Saginaw, Michigan 48603

6. LaDonna Young
   Human Resources Specialist
   Saginaw Valley State University
   c/o Jamie Hecht Nisidis
   Braun Kendrick Finkbeiner P.L.C.
   4301 Fashion Square Blvd.
   Saginaw, Michigan 48603

7.  Ann Coburn-Collins
    Director of the Office of Adjunct Faculty and Academic Support Programs
    Saginaw Valley State University
    c/o Jamie Hecht Nisidis
    Braun Kendrick Finkbeiner P.L.C.
    4301 Fashion Square Blvd.
    Saginaw, Michigan 48603

8.  Brian Thomas, Ph.D.
    Acting Director of Strategic Partnerships,
      Office of International and Advanced Studies
    Associate Professor of Sociology
    Saginaw Valley State University
    c/o Jamie Hecht Nisidis
    Braun Kendrick Finkbeiner P.L.C.
    4301 Fashion Square Blvd.
    Saginaw, Michigan 48603

9.  Annette Lynch
    Basic Skills Math Coordinator
    Saginaw Valley State University
    c/o Jamie Hecht Nisidis
    Braun Kendrick Finkbeiner P.L.C.
    4301 Fashion Square Blvd.
    Saginaw, Michigan 48603

10. Jennifer Neitzel
    Human Resources Manager
    Saginaw Valley State University
    c/o Jamie Hecht Nisidis
    Braun Kendrick Finkbeiner P.L.C.
    4301 Fashion Square Blvd.
    Saginaw, Michigan 48603

11. Treating and consulting physicians and health care providers (contract and/or staff), representatives/keeper of records, and current and/or former employees of VA Medical Center.

12. Representatives/keeper of records and current and/or former employees of Saginaw Valley State University.

13. Representatives/keeper of records and current and/or former employees of Oakland University.

14. Any and all witnesses, expert and lay, necessary for rebuttal.

15. Any and all witnesses necessary to authenticate, interpret, identify and/or introduce exhibits.

16. Any witnesses disclosed through discovery.

17. Defendants reserve the right to name and/or call as a witness any person listed on any other parties' witness list.

18. Defendants reserve the right to name additional witnesses that may become known subsequent to the filing of this witness list.

19. Defendants reserve the right to call only such persons they deem necessary at trial.


Dated:  December 21, 2016          By:  s/Jamie Hecht Nisidis
                                        JAMIE HECHT NISIDIS
                                        Attorneys for Defendants
                                        4301 Fashion Square Boulevard
                                        Saginaw, Michigan  48603
                                        989-498-2100
                                        jamnis@braunkendrick.com
                                        (P48969)

# CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys registered with the ECF system.

                                                s/ Jamie Hecht Nisidis
                                                JAMIE HECHT NISIDIS
                                                Braun Kendrick Finkbeiner P.L.C.
                                                Attorneys for Defendants
                                                4301 Fashion Square Boulevard
                                                Saginaw, Michigan  48603
                                                989-498-2100
                                                jamnis@braunkendrick.com