UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Charin Davenport,

                        Plaintiff(s),

v.                                              Case No. 2:16–cv–11289–SFC–DRG
                                                Hon. Sean F. Cox
Saginaw Valley State                            Nature of Suit:  442
University, et al.,

                        Defendant(s),

_____

### ORDER OF REFERENCE TO MEDIATION TRIBUNAL

   The Court on its own motion having selected this case for case evaluation;

   IT IS HEREBY ORDERED that the above–entitled case be referred to the Wayne County Mediation Tribunal for case evaluation under Local Rule 16.3 of the United States District Court for the Eastern District of Michigan.

   • Scheduled Final Pretrial Conference Date:  8/7/2017

                                    s/Sean F. Cox_____
                                    Sean F. Cox
                                    U.S. District Judge


### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                    By: s/J. McCoy_____
                                        Case Manager

Dated:  February 14, 2017