# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHARIN DAVENPORT

       Plaintiff,　　　　　　　　　　Case No. 2:16-cv-11289

v

       　　　　　　　　　　　　　　Hon. Sean F. Cox

SAGINAW VALLEY STATE　　　　　　Mag. Judge David R. Grand
UNIVERSITY; and ANN COBURN-
COLLINS, in her individual and official capacity,

       Defendants.
_____/

| | |
|---|---|
| Jennifer B. Salvatore (P66640) | Jamie Hecht Nisidis (P48969) |
| Sarah S. Prescott (P70510) | Braun Kendrick Finkbeiner, PLC |
| SALVATORE PRESCOTT | *Attorney for Defendant* |
| & PORTER, PLLC | 4301 Fashion Squire Boulevard |
| *Attorneys for Plaintiff* | Saginaw, MI 48603 |
| 105 East Main Street | (989) 498-2100 |
| Northville, MI 48167 | jamnis@braunkendrick.com |
| (248) 679-8711 | |
| *salvatore@spplawyers.com* | |
| *prescott@spplawyers.com* | |

_____/

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    NOW COMES the parties, by and through their attorneys, and hereby stipulate and agree to dismiss this case with prejudice and without costs, interest or attorneys' fees.

| | |
|---|---|
| /s/ Jennifer B. Salvatore <br> Jennifer B. Salvatore (P66640) <br> SALVATORE PRESCOTT <br> & PORTER, PLLC <br> *Attorneys for Plaintiff* <br> 105 East Main Street <br> Northville, MI 48167 <br> (248) 679-8711 <br> *salvatore@spplawyers.com* | /s/ Jamie Hecht Nisidis (with consent) <br> Jamie Hecht Nisidis (P48969) <br> Braun Kendrick Finkbeiner PLC <br> *Attorney for Defendant* <br> 4301 Fashion Square Boulevard <br> Saginaw, MI 48603 <br> (989) 498-2100 <br> jamnis@braunkendrick.com |
| Date:   March 6, 2017 | Date:  March 6, 2017 |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHARIN DAVENPORT

        Plaintiff,                      Case No. 2:16-cv-11289

v

                                                Hon. Sean F. Cox

SAGINAW VALLEY STATE            Mag. Judge David R. Grand
UNIVERSITY; and ANN COBURN-
COLLINS, in her individual and official capacity,

        Defendants.
_____/

| | |
|---|---|
| Jennifer B. Salvatore (P66640) | Jamie Hecht Nisidis (P48969) |
| Sarah S. Prescott (P70510) | Braun Kendrick Finkbeiner, PLC |
| SALVATORE PRESCOTT | *Attorney for Defendant* |
| & PORTER, PLLC | 4301 Fashion Squire Boulevard |
| *Attorneys for Plaintiff* | Saginaw, MI 48603 |
| 105 East Main Street | (989) 498-2100 |
| Northville, MI 48167 | jamnis@braunkendrick.com |
| (248) 679-8711 | |
| *salvatore@spplawyers.com* | |
| *prescott@spplawyers.com* | |

_____/

## **ORDER OF DISMISSAL**

      This matter having come before the Court upon the stipulation of the parties, and the Court otherwise being fully advised of the premises,

      IT IS HEREBY ORDERED that this case be dismissed with prejudice and without costs, interest or attorneys' fees.

**It is so ordered**.

Dated: March 17, 2017                    s/Sean F. Cox
                                         Hon. Sean F. Cox
                                         United States District Court Judge